## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-00765-WYD

MALIBU MEDIA, LLC,

    Plaintiff,
v.

JOHN DOE subscriber assigned IP
address 50.155.237.181,

    Defendant.
_____/

### MOTION FOR LEAVE TO SERVE A THIRD PARTY
### SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Law in support of this motion; (2) Declaration of Colette Field in support of this motion; (3) Declaration of Patrick Paige in support of this motion; and (4) Declaration of Tobias Fieser in support of this motion, Malibu Media, LLC ("Plaintiff"), respectfully moves for entry of an order granting it leave to serve a third party subpoena on Comcast Cable, prior to a Rule 26(f) conference (the "Motion").  A proposed order is attached for the Court's convenience.

Dated:  March 17, 2014

                                          Respectfully submitted,

                                          By: */s/Jason Kotzker*
                                          Jason Kotzker
                                          jason@klgip.com
                                          KOTZKER LAW GROUP
                                          9609 S. University Blvd., #632134
                                          Highlands Ranch, CO 80163
                                          Phone: 720-330-8329
                                          *Attorney for Plaintiff*